# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: **09-52655** |
| **KENNETH A STAUFFER** | ) | |
| | ) | MARILYN SHEA-STONUM |
| Debtor(s) | ) | BANKRUPTCY JUDGE |
| | ) | |
| | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

---

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **CHRYSLER FINANCIAL**
   **Check No. 771376**
   **Claim #03-1**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$9.32** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **5/6/2011**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*[Handwritten: ck # 783444    receipt # 82338]*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

09-52655-mss    Doc 48    FILED 05/10/11    ENTERED 05/10/11 13:24:27    Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

KENNETH A STAUFFER
1988 AUTEN DRIVE
AKRON, OH 44320
(Via Regular Mail)

RONALD R STANLEY ESQ (via ECF)

CHRYSLER FINANCIAL
PO BOX 9001897
LOUISVILLE, KY 40290-1897
(via Regular Mail)

Date of Service: **5/6/2011**     By: **JoAnn Romig**
Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com